McGREGOR W. SCOTT
United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br>JOSE RODRIGUEZ LARA,<br><br>Defendant. | Case No.: 1:19-CR-00206-SKO-SAB<br><br>**JOINT MOTION FOR THE DEPOSIT OF FUNDS INTO THE COURT'S DEPOSIT FUND; AND ORDER THEREON**<br><br>[No Hearing Requested] |

Plaintiff United States of America and Defendant Jose Rodriguez Lara, through his authorized representatives (the "Parties"), hereby move for an order authorizing Mr. Rodriguez-Lara to deposit a total of $40,099 into the Court's Deposit Fund. The Deposit represents the $25 special assessment due in the case and the $40,074 agreed upon restitution owing to the United States.

This Motion is based on the following grounds:

1. On September 20, 2019, the United States Attorney filed an Information charging Mr. Rodriguez with one count of theft of government property in violation of 18 U.S.C. § 641, a misdemeanor.

2. Mr. Rodriguez signed a plea agreement and, on October 15, 2019, entered a plea of guilty consistent with that agreement. Pursuant to the plea agreement, Mr. Rodriguez agrees to pay a $25 special assessment and $40,074 in restitution to the United States.

3. On June 18, 2020, an initial sentencing hearing was conducted before the Honorable Stanley A. Boone, and the defendant stated that he wished to begin making payments toward restitution

prior to final judgment. The Court responded that it would give the defendant additional time to make such payments and continued judgment and sentencing to August 6, 2020, at 10:00 a.m.

The Parties thus agree that:

1. Defendant Jose Rodriguez Lara, shall deposit all or a portion of $40,099 into the Deposit Fund of the Court at least seven days prior to the date of judgment and sentencing in this case. Defendant may make his payment(s) by a single check or by multiple checks, one for the $25 special assessment and the other(s) for the $40,074 restitution amount.

2. Mr. Rodriguez shall make the check(s) payable to the Clerk of Court, state his name and case number on the check and mail or deliver the payment(s) to the Clerk's office at 2500 Tulare Street, Room 1501, Fresno, CA 93721.

3. The Deposit shall remain in the Court's Deposit Fund until final judgment is entered in the case or upon further order by this Court.

Respectfully submitted,

FOR THE UNITED STATES:		McGREGOR W. SCOTT
					United States Attorney

Dated: June 18, 2020

				By:	/s/ *Robert J. Artuz*
					ROBERT J. ARTUZ
					Special Assistant United States Attorney

FOR DEFENDANT:

Dated: June 18, 2020

				By:	/s/ *Cristobal Perez*
					CRISTOBAL PEREZ, counsel for
					Defendant JOSE RODRIGUEZ LARA

**O R D E R**

The Court, having reviewed the court files and the Parties' Joint Motion for Deposit of Funds into the Court's Deposit Fund, and good cause appearing therefrom, hereby GRANTS the Motion. Accordingly, IT IS ORDERED that:

1. Defendant Jose Rodriguez Lara shall PAY, at least seven days prior to the date of judgment and sentencing in this case, all or a portion of $40,099 to the Clerk, United States District Court, via a cashier's check or money order.

2. The Clerk shall promptly DEPOSIT the defendant's deposit(s) into the Court's Deposit Fund.

3. Defendant's deposit shall not be disbursed until entry of judgment in this case or upon further order of this Court. Upon entry of final judgement, Defendant's deposit shall first be disbursed to the Court's mandatory special assessment of $25 and the remainder shall be disbursed toward restitution.

IT IS SO ORDERED.

Dated:   **August 3, 2020**

_____
UNITED STATES MAGISTRATE JUDGE