McGREGOR W. SCOTT
United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE RODRIGUEZ LARA,<br><br>    Defendant. | CASE NO.  1:19-CR-0206-SKO<br><br>STIPULATION TO CONTINUE JUDGMENT AND SENTENCING; FINDINGS AND ORDER<br><br>DATE: August 6, 2020<br>TIME: 10:00 a.m.<br>COURT: Hon. Stanley A. Boone |

## BACKGROUND

On September 20, 2019, the government filed an Information charging the defendant, Jose Rodriguez-Lara, with one count of theft of government property, in violation of 18 U.S.C. § 641, a misdemeanor.  On October 15, 2019, the defendant consented to proceed before a magistrate judge and pleaded guilty to the Information.  ECF 5.  This matter was set for sentencing on June 18, 2020 (the "hearing"), before the Honorable Stanley A. Boone.  ECF 5.  During the hearing, the Court continued sentencing to August 6, 2020.  Defense counsel has represented that the defendant contracted COVID-19 and is unable to attend the hearing on August 6.  The parties now seek a continuance of judgment and sentencing to September 3, 2020, at 10:00 a.m.

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1

1. This matter was set for judgment and sentencing on August 6, 2020.

2. Defense counsel has represented that the defendant recently contracted COVID-19 and is therefore unable to appear for sentencing. Accordingly, there is good cause to continue the hearing.

3. The parties agree and jointly request that the judgment and sentencing hearing be continued to September 3, 2020 at 10:00 a.m.

IT IS SO STIPULATED.

Dated:  August 5, 2020                                   McGREGOR W. SCOTT
                                                        United States Attorney

                                                        /s/ ROBERT J. ARTUZ
                                                        ROBERT J. ARTUZ
                                                        Special Assistant U.S. Attorney

Dated:  August 5, 2020                                  /s/ CRISTOBAL PEREZ (with permission)
                                                        CRISTOBAL PEREZ
                                                        Counsel for Defendant
                                                        JOSE RODRIGUEZ LARA

## ORDER

The Court finds there is good cause to continue judgment and sentencing and grants the parties' request for a continuance.

Therefore, sentencing of the defendant is hereby continued to September 3, 2020 at 10:00 am. The defendant is ordered to appear.

IT IS SO ORDERED.

Dated:   **August 5, 2020**

                                                        UNITED STATES MAGISTRATE JUDGE